442 A.2d 354

Harleysville Mutual Insurance Co. v. Trenge et al.

Appeal of Franklin G. Trenge, t/a Farmington Realty and Farmington Building Corp.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

 Submitted June 3, 1981. Charles E. Sieger, Jr., for appellant; Richard F. Stevens, for Harleysville, appellee; Armin Feldman, for Borger, Admin., participating party; F. Paul Laubner, for Beck, Admin., participating party; Jeffrey B. Matzkin, for Kochenash, participating party; Jack Feinberg, for Edgar, Mika, Boyer, Robert and Wayne German and Roberts, participating parties; Richard W. Hopkins, for Lehigh Ins. and Houpt, participating parties.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

Appeal quashed.

SHERTZ, J., did not participate in the consideration or decision of this case.